**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_Pine Bluff_ DIVISION

CASE NO. _5:06CV00041 SWW/4_

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 22 2006
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

I. **Parties**

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: _Michael Green_
   ADC # _82316_
   Address: _2501 State Farm Road, Tucker ARK, 72168_

   Name of plaintiff: _____
   ADC # _____
   Address: _____

   _This case assigned to District Judge Wright_
   _and to Magistrate Judge Young_

   Name of plaintiff: _____
   ADC # _____
   Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: _Mrs. Charoltte Green_
   Position: _Infirmary Manger_
   Place of employment: _Tucker Maxe Unit_
   Address: _2501 State Farm Road_

   Name of defendant: _Dr. Craig Bardell_
   Position: _Director of CMS Medical_
   Place of employment: _CMS._

Address: 6814 PRINCETON PIKE, 71603

Name of defendant: DR. BOWLER

Position: TUCKER MAX UNIT PROVIDER

Place of employment: CMS

Address: P.O. BOX -8707 Central offices PINE BLUFF ARK, 71611

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☑ both official and personal capacity

III. Previous lawsuits

A  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐  Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

2

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: _Tucker Maxuim SECurity unit Tucker Arkansas, 72168_

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

✓ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

3

Yes ✓   No ___

If not, why? _____

**VII.   Statement of claim**

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff FILED this under [Imminent Danger] of Medical Plaintiff Have FILED several Requests asking that Plaintiff KNEE BE DRAINED, Plaintiff is (Diagnosed) C/ROXN Infection that can Kill Plaintiff, Mrs. Charlotte Green Won't LET DR. Bowler send me out to Have my Knees drained nor/wanted the Doctor DR. Bowler drained them, I Have notes from DR. Lyttes w/ DR. Robert Gulley who is Specialist and they are not Honoring them, Instead letting the Infection is worster, Also my Tennis Otho was misplaced, and sence I Had some ordered September 2005, Mrs. Green won't order me any- more when I Have Had two feet Surgery, DR. Anderson who is (over) all DR's Have said my Legs are feet won't ever be no good, I am also (Diagnosed) Hepatitus-B [Lumbar Spine], And [Bone Pieases] And [S pond 410305] It is against the 8th Ammnt to let all these Infection go Untreated, and Mrs. Charlotte Green is the Cause to avoid from medking, and constime suffering I am asking for the Courts to step in under Laws

CONT-7

I can show by RECORD were I have been given certain medication and the other medication I was on counterReact it cause my blood Pressure to go highly see Adulu w/Askley vs. State of Arkansas on medical "It is important for the Courts to step in cause the A.D.C Admitted on TV 1987 that they sole Contaminated Blood to others around the State "And several inmates died from that" "that I have there names and Record will show "Authorizes of medical keep stressing they don't see a weight loss complaint in my medical jacket I should be checked regularly since I am (Diagnosed) Bone Disease And Hepatitis B

## VIII.  Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

For Mrs. Charatten Green to order me another Pair of Tennis and my Knees to be drained and placed on Antibiotics for Infection And placed on a Bone Loss medication other than Tums.

**I declare** under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20_____.

_Michael Green 8316_

_____

Signature(s) of plaintiff(s)

Revised 05/02/05                              5

*[handwritten at top: DR. CRAIG BARDELL & HSV as I could file he's Director]*

Green, Michael
ADC: 082316
BRKS: 7-01

We received a copy of your letter to Dr. Craig Bardell

Date received: February 2, 2006

RECEIVED MAIL ROOM FEB 2 2 2006 U.S. DISTRICT COURT EASTERN DISTRICT OF ARKANSAS

    Your letter to Dr. Bardell concerns you being diagnosed with the disease. The test shows early mild spondylosis. Which means slowly over time your bones will degenerate, as you grow older. Your latest results in April 2005 show "no degenerative changes and intact lumbar spine".

    You also state that you have swelling and fluid "infection" built up on your knee. You state you have requested for the doctor to drain your knee. Your most recent sick call was from November 2, 2005. It was for hemorrhoids. There have been no sick calls requesting to have your knee looked at. There has been no documentation suggesting swelling or fluid retention. Please use the sick call process for future health concerns.

If I can be of further assistance please let me know.

CC: Brenda Beardon

J. Stell LPN
Grievance Nurse
February 8, 2006



*honor and integrity in public service*

**Arkansas Department of Correction**

Max J. Mobley
Deputy Director of Health &
Correctional Programs
P.O. Box 8707
Pine Bluff, Arkansas 71611-8707
Phone: (870) 267-6361
FAX: (870) 267-6363
max.mobley@arkansas.gov

January 11, 2006

Inmate Michael Green 082316
Maximum Security Unit
2501 State Farm Road
Tucker, AR 72168

    RE:   Health Issues / Concerns

Inmate Green:

I am in receipt of your letters dated January 3 and 10, 2006, regarding draining fluid from both knees, a back problem, a request to see a specialist. and not receiving your OPM's.

If you have a grievance or informal complaint response that has addressed the referenced healthcare issue, it is not necessary to address it repeatedly. Additionally if you have a pending grievance or informal complaint regarding the same matter mentioned in your correspondence, please be patient and wait for your response.

In the event this problem has not been addressed, I will forward your letter to Charlotte Green, CMS Health Services Administrator.

                                          Sincerely,

                                          Dr. Max Mobley,
                                          Deputy Director for Health
                                            & Correctional Programs

cc:   Charlotte Green
      Brenda Bearden
      INCOR
      w/encl.

*HIGH O2 I Can FILE Deputy Dir Director*

*An Equal Opportunity Employer*

**INFORMAL RESOLUTION FORM** (Attachment 1)

6681

UNIT/CENTER **MAX. SEC. UNIT**

PLEASE PRINT Name **MICHAEL GREEN** / ADC# **82316** Brks **701** Job Assignment **N/A**

IS THIS AN EMERGENCY SITUATION? YES ✓ NO ___ If yes, why? Cause the infection only getting worster & my knees are full of fluid And I'm constantly loosing wait.

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

This Resolution is to BE FILED farther I don't wanta talk to no medical staff (only) a written Response. This Resolution is filed on Dr. Bowler. I wanta know How much wait a Inmate Have to loose to BE checked for Bone Destroy when a Inmate Diagnosed Bone Dieases? And How often is HE or SHE checked? I also wanta know why a Inmate (can't) BE sent out to get his knee drained when it not filed Ciloxen Infection on (Both) knees? I also wanta know WHY Dr. Bowler want place me on Infection Antibiotic. I'm fully awarer a inmate can't Remain on Antibiotic

Michael Green, 82316    2-6-06
Inmate Signature        Date

---

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY.**

**STAFF RECEIPT AND ACTION TAKEN**

_____  _____  Sgt. Adkins  2-6-06
PRINT STAFF NAME (PROBLEM SOLVER)   Staff Code   Staff Signature / Date Received

Was this deemed an emergency? Yes ___ No ✓
Was there a need to contact medical? Yes ✓ No ___ If yes, give name of person contacted? ___
Describe action taken to resolve complaint, including dates. In Sept 2005 your weight was 176 lb. At your last visit Dec. 13 2005, your weight was 178. I do not find a weight loss recorded in your medical jacket. There are No sick calls related to your knee. Please follow the sick call procedure.

Was issue resolved? Yes ✓ No ___  Does inmate agree that issue was resolved? Yes ✓ No ___

Sgt. Cooley  2-11-06                       M. Green 82316
Staff Signature/Date                       Inmate Signature/Date

DISTRIBUTION: YELLOW – Inmate Receipt

(AFTER COMPLETION) PINK – Problem Solver Copy    BLUE – Grievance Officer
                    ORIGINAL – Given back to the Inmate After Completion        810-00